# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEVEN AND SYLVIA SMITH as Parents and Guardians of A.S., a minor child**          ) ) ) ) | CASE NO. 8:06CV45 |
| Plaintiffs,                                                                           ) ) | ORDER FOR EXTENSION OF DEADLINE |
| vs.                                                                                   ) ) | |
| **ELKHORN PUBLIC SCHOOLS,**                                                           ) ) | |
| Defendant.                                                                            ) | |

Plaintiffs Steven and Sylvia Smith move for an Order allowing additional time to respond to Defendant's Motion to Dismiss. The Motion is unopposed. For good cause shown,

IT IS ORDERED:

1. Plaintiffs' Motion to Extend Deadline (Filing No. 8) is granted; and

2. Plaintiffs shall file a Response to Defendant's Motion to Dismiss no later than April 17, 2006.

DATED this 9th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge